# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

GARY ANDERSON AND MANITA
POINTER

NO.  2023 CW 1000

VERSUS

THE GRAY INSURANCE COMPANY,
AG LOGISTICS, LLC AND
BENIGNO HERNANDEZ GONZALES

**DECEMBER 4, 2023**

---

In Re:    The Gray Insurance Company and AG Logistics, LLC,
          applying for supervisory writs, 18th Judicial District
          Court, Parish of Iberville, No. 81138.

---

**BEFORE:    McCLENDON, HESTER AND MILLER, JJ.**

   **WRIT  DENIED.**    The  criteria  set  forth  in  **Herlitz Construction Co., Inc. v. Hotel Investors of New Iberia, Inc.,** 396 So.2d 878 (La. 1981) (per curiam) are not met.

**PMc**
**CHH**

   **Miller, J.,** concurs and would deny the writ application.

COURT OF APPEAL, FIRST CIRCUIT



_____
DEPUTY CLERK OF COURT
·FOR THE COURT